**STATE of Missouri, Respondent,**

v.

**Tommy L. BEAVER, Appellant.**

**No. WD 38565.**

Missouri Court of Appeals, Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of forgery, § 570.090.1(4) RSMo 1978, and sentencing as persistent offender to eight years imprisonment.

Judgment affirmed. Rule 30.25(b).